IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-20116
Conference Calendar

_____

LONNIE JAMES SANDERS,

Plaintiff-Appellant,

versus

J. GROOM ET AL.,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA-H-95-3618
- - - - - - - - - -
April 16, 1996
Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Lonnie James Sanders appeals the dismissal as frivolous of his civil rights complaint concerning the denial of his three requests for certain vocational training at the prison where he is incarcerated. Sanders insists that he did not raise any claim concerning retaliation. Therefore, any such claim is deemed abandoned on appeal. See Eason v. Thaler, 14 F.3d 8, 9 n.1 (5th Cir. 1994).

Sanders argues that the defendants, acting under color of state law, violated his right to equal educational opportunities

---

Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

as specified under certain statutes and his right to equal protection under the Fourteenth Amendment.  We have carefully reviewed the record and Sanders' arguments.  We conclude that Sanders' allegations do not show a violation of a federal right, either statutory or constitutional.  Therefore, his complaint lacks an arguable basis in law, and the district court did not abuse its discretion in dismissing the complaint as frivolous. See Denton v. Hernandez, 504 U.S. 25, 33 (1992).

AFFIRMED.